INTERNATIONAL PATENT COMPANY, LIMITED, Respondent, *v.* ERIC W. EWESON, Appellant.

Submitted July 20, 1943; decided October 7, 1943.

*Louis F. Huttenlocher* for motion.

*Winthrop Taylor* opposed.

Motion dismissed, without costs, on the ground that the order does not finally determine the action within the meaning of the Constitution.

In the Matter of NEW YORK TELEPHONE COMPANY, Appellant. WILLIAM F. CANOUGH, as Commissioner of Assessment of the City of Syracuse, Respondent.

(2 Proceedings — 1941 and 1940 Assessments.)

Submitted July 20, 1943; decided October 7, 1943.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 290 N. Y. 537.)